# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:16cv304

| | | |
|---|---|---|
| **JUDESHIEA QUARLES,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **C.W. WEEKS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pending before the Court is the Motion to Dismiss [# 4]. After Defendant filed his Motion to Dismiss, Plaintiff filed an Amended Complaint. The filing of an amended pleading supersedes the original pleading and renders it void of any legal function in the case. <u>Young v. City of Mount Ranier</u>, 238 F.3d 567, 572 (4th Cir. 2001). Accordingly, the Court **DENIES as moot** the Motion to Dismiss [# 4].

.

Signed: November 9, 2016

Dennis L. Howell
United States Magistrate Judge

1