# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cv 304

| | |
|---|---|
| **JUDESHIEA QUARLES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **C.W. WEEKS,** *Individually and Officially*, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

Before the Court is the Status Report filed by Mediator Frank Goldsmith [# 34]. It appears the parties participated in mediation on July 12, 2018. While the parties were not successful in a resolution of this case, the parties did not wish to declare an impasse. The parties requested that mediation be recessed to a date yet to be determined. Mediator Goldsmith believes there is a possibility of a successful mediated settlement at a later date. Upon review of the Status Report, the Court agrees.

The Court **ORDERS** that the parties may continue mediation past the mediation deadline. The Court **DIRECTS** the parties to comply with the scheduling order even though settlement negotiations may continue to proceed. Further, the Court **DIRECTS** that Mediator Frank Goldsmith does not have to file a report until mediation is completed. Finally, the Court thanks Frank Goldsmith for his work as a mediator in this case.

Signed: July 16, 2018

_____
Dennis L. Howell
United States Magistrate Judge