# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00304-MR-DLH

| | |
|---|---|
| **JUDESHIEA QUARLES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **C.W. WEEKS, Individually,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte*.

On August 1, 2018, the Defendant C.W. Weeks filed a Memorandum of Law in Support of his Motion for Summary Judgment. [Doc. 37]. The Defendant's Memorandum of Law, however, fails to comply with this Court's Pretrial Order and Case Management Plan, which requires that briefs must be in at least 14 point type. [Doc. 24 at 5]. Accordingly, the Defendant's Memorandum of Law will be stricken.

**IT IS, THEREFORE, ORDERED** that the Defendant's Memorandum of Law in Support of his Motion for Summary Judgment [Doc. 37] is **STRICKEN**. The Defendant may file a brief which complies with the requirements of this Court within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: August 2, 2018

Martin Reidinger
United States District Judge