IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 cv 304

| | | |
|---|---|---|
| **JUDESHIEA QUARLES,** | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| **C. W. WEEKS,** *Individually and Officially*, | ) | |
| Defendant. | ) | |

Before the Court is Plaintiff's Motion to Seal [# 41]. Plaintiff asks the Court grant leave to file his response in opposition under seal. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to such materials, and alternatives to sealing. The Court finds that no less restrictive means other than sealing is sufficient because a public filing of such materials could reveal protected information. The Court will, however, consider any future request to unseal such materials.

Accordingly, the Court **GRANTS** the Motion [# 41]. Plaintiff has leave to file the response in opposition under seal. [*See* # 43].

It appears that Plaintiff inadvertently filed a copy of the response in opposition unsealed [# 42]. The Court, therefore, **DIRECTS** the Clerk to delete the filing [# 42] as it is duplicative.

Signed: August 23, 2018

Dennis L. Howell
United States Magistrate Judge