# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JUDESHIEA QUARLES, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00304-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| C. W. WEEKS, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 12, 2018 Memorandum of Decision and Order.

December 12, 2018

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court